IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK MERRILL BRODY, <br><br> Defendant. | ORDER and <br> MEMORANDUM DECISION <br><br><br><br> Case No. 2:08-cr-410 CW |

Now before the court is another motion by Defendant Patrick Merrill Brody to be released pending appeal (Dkt. No. 337). The court is not unmindful of Mr. Brody's possible medical distress. The Bureau of Prisons, however, is fully capable of providing medical services to Mr. Brody. As for the legal analysis, the court is persuaded by the government's arguments set forth in its memorandum in opposition to the motion. Accordingly, Mr. Brody's motion for release pending appeal is DENIED.

The court further finds MOOT Mr. Brody's motion to expedite briefing at Docket No. 339.

DATED this 1st day of August, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Judge